IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02776-MJW

GEMALTO S.A.,

Plaintiff,

v.

CPI CARD GROUP INC.,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff Gemalto's Protective Order Filing Pursuant to D.C.COLO.LPtR 3(c) (Docket No. 47) is GRANTED finding good cause shown.  The Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets (Docket No. 47-1) is APPROVED as amended in paragraph 8 and made an Order of Court.

It is FURTHER ORDERED that Defendant CPI's Motion for Protective Order Pursuant to D.C.COLO.LPtR 3(c) (Docket No. 48) is MOOT and therefore DENIED based upon this court's ruling above on Docket No. 47.

Date: February 1, 2016